UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KERRICK PANE BERRIOS, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                           Plaintiff,

- against -

ARROW SECURITY INC., ARROW SECURITY OF NEW YORK., and ALEXANDER CARO,

                           Defendants.

Case No.: 23-cv-04646

**RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendants **ARROW SECURITY INC., and ARROW SECURITY OF NEW YORK.**, by and through their attorneys, **ZABELL & COLLOTTA, P.C.**, state that during Plaintiff's term of employment, there was no parent corporation or any publicly held corporation owning 10% or more of its respective stock.

Dated: Bohemia, New York
       July 17, 2023

                                              ZABELL & COLLOTTA, P.C.
                                              *Attorneys for Defendants*

By: _____
       Christopher K. Collotta, Esq.
       1 Corporate Drive, Suite 103
       Bohemia, New York 11716
       Tel: (631) 589-7242
       Fax: (631) 563-7475
       ccollotta@laborlawsny.com