**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------X
Kerrick Pane Berrios, on behalf of himself and others similarly situated in the proposed FLSA Collective Action,

                                        Plaintiff,

            -against-

Arrow Security Inc., Arrow Security of New York City Inc., and Alexander Caro,

                                       Defendant.
------------------------------------------------------------------------X

Case No.: 1:23-cv-04646

**NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**

       WHEREAS, pursuant Rule 68 of the Federal Rules of Civil Procedure ("Fed.R.Civ.P."), Defendants Arrow Security Inc., Arrow Security of New York City Inc., and Alexander Caro (the "Defendants") having offered to allow Plaintiff Kerrick Pane Berrios (the "Plaintiff") to take a judgment against the Defendants in this action in the total sum of Four Thousand Dollars ($4,000.00) (the "Judgment Amount").

       WHEREAS, the total Judgment Amount is inclusive of reasonable attorney's fees, costs, and expenses, for Plaintiff's claims against Defendants arising out, alleged in, or related to, the facts and transactions alleged in the above-captioned action (the "Offer of Judgment").

       WHEREAS, a true and correct copy of the Offer of Judgment is annexed hereto as **Exhibit "A"**;

       NOTICE IS HEREBY GIVEN that Plaintiff's counsel hereby confirms acceptance of Defendants' Offer of Judgment.

          LEVIN-EPSTEIN & ASSOCIATES, P.C.

          By: _____
          Jason Mizrahi
          60 East 42nd Street, Suite 4700
          New York, NY 10165
          Tel. No.: (212) 792-0048
          Email: Jason@levinepstein.com
          *Attorneys for Plaintiff*

Via ECF: All Counsel

Encl.