UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
Kerrick Pane Berrios, on behalf of himself and
others similarly situated in the proposed
FLSA Collective Action,

                Plaintiffs,                JUDGMENT

v.                23-cv-04646(BMC)

Arrow Security Inc., Arrow Security of New
York City Inc., and Alexander Caro,

                Defendants.
----------------------------------------------------------------X

      A notice of acceptance of a Rule 68 Offer of Judgment having been filed on August 16, 2023; and defendants, Arrow Security Inc., Arrow Security of New York City Inc., and Alexander Caro, having offered to allow entry of judgment to be taken against them and in favor of Plaintiff Kerrick Pane Berrios in the total sum of Four Thousand Dollars ($4,000.00); and an Order of Honorable Brian M. Cogan, United States District Judge, having been filed on August 17, 2023, directing the Clerk of Court to enter judgment; it is

      ORDERED and ADJUDGED that judgment is entered in favor of Plaintiff Kerrick Pane Berrios and against defendants Arrow Security Inc., Arrow Security of New York City Inc., and Alexander Caro, jointly and severally, in the total sum of Four Thousand Dollars ($4,000.00).

Dated: Brooklyn, New York                              Brenna B. Mahoney
       August 21, 2023                                    Clerk of Court

                                                            By:   /s/Jalitza Poveda
                                                                    Deputy Clerk